UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-25 |
| Plaintiff, | Hon. PAUL L. MALONEY<br>U.S. District Judge |
| vs. | |
| ERIC SCOTT RUSKA, | **<u>SUPERSEDING</u>**<br>**<u>INDICTMENT</u>** |
| Defendant.<br>_____/ | |

The Grand Jury charges:

### COUNT 1
### (Kidnapping)

Between on or about July 8, 2017 and on or about July 14, 2017, in Delta, Marquette and Alger Counties, in the Western District of Michigan, Northern Division, the defendant,

ERIC SCOTT RUSKA,

unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, carried away and held Victim 1 for purposes of sexual exploitation and otherwise; and (a) used means, facilities and instrumentalities of interstate commerce (a cellular telephone and a debit card, and the associated networks) in committing and in furtherance of such act or acts, and (b) committed such act or acts in the Hiawatha National Forest, in the special maritime and territorial jurisdiction of the United States.

18 U.S.C. § 1201(a)(1) and (a)(2)
18 U.S.C. § 7

1

## COUNT 2
**(Aggravated Sexual Abuse)**

Between on or about July 9 and July 11, 2017, in Alger County, in the Western District of Michigan, Northern Division, the defendant,

ERIC SCOTT RUSKA,

in the Hiawatha National Forest, in the special maritime and territorial jurisdiction of the United States, knowingly caused and attempted to cause Victim 1 to engage in a sexual act, that is, contact between the penis and the anus, (1) by using force against Victim 1, and (2) by threatening and placing Victim 1 in fear that she and members of her family would be subjected to death, serious bodily injury, or kidnapping.

18 U.S.C. § 2241(a)(1) and (a)(2)
18 U.S.C. § 2246(2)(A)
18 U.S.C. § 7

## COUNT 3
**(Aggravated Sexual Abuse)**

Between on or about July 9 and July 11, 2017, in Alger County, in the Western District of Michigan, Northern Division, the defendant,

ERIC SCOTT RUSKA,

in the Hiawatha National Forest, in the special maritime and territorial jurisdiction of the United States, knowingly caused and attempted to cause Victim 1 to engage in a sexual act, that is, contact between the penis and the vulva, (1) by using force against Victim 1, and (2) by threatening and placing Victim 1 in fear that she and members of her family would be subjected to death, serious bodily injury, or kidnapping.

18 U.S.C. § 2241(a)(1) and (a)(2)
18 U.S.C. § 2246(2)(A)
18 U.S.C. § 7

## COUNT 4
**(Aggravated Sexual Abuse)**

Between on or about July 13 and July 14, 2017, in Alger County, in the Western District of Michigan, Northern Division, the defendant,

ERIC SCOTT RUSKA,

in the Hiawatha National Forest, in the special maritime and territorial jurisdiction of the United States, knowingly caused and attempted to cause Victim 1 to engage in a sexual act, that is, contact between the penis and the vulva, (1) by using force against Victim 1, and (2) by threatening and placing Victim 1 in fear that she and members of her family would be subjected to death, serious bodily injury, or kidnapping.

18 U.S.C. § 2241(a)(1) and (a)(2)
18 U.S.C. § 2246(2)(A)
18 U.S.C. § 7

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____ AUSA FOR
MAARTEN VERMAAT
Assistant United States Attorney

4