**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. ERIC RUSKA | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|
| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
| 2:17-CR-25-01 | 2/9/2018 | 1:30 - 2:30 p.m.<br>3:05 - 4:25 p.m. | Marquette | |

### APPEARANCES

| Government:<br>Maarten Vermaat | Defendant:<br>Elizabeth A. LaCosse | Counsel Designation:<br>FPD Appointment |
|---|---|---|

### TYPE OF HEARING

- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: Status Conference

### DOCUMENTS

- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA

Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing:
_____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: Life | Plea Agreement Accepted: ✓ Yes ☐ No |
| Probation: | Defendant informed of right to appeal: ✓ Yes ☐ No |
| Supervised Release: Life | Counsel informed of obligation to file appeal: ✓ Yes ☐ No |
| Fine: $ Waived | Conviction Information: |
| Restitution: $16,204.75 | Date: 11/7/17 |
| Special Assessment: $ 400.00 | By: Plea |
| | As to Count(s): 1-4 of Superseding Indictment |

**ADDITIONAL INFORMATION:**
Government calls Sgt. Peterson and Victim #2.  Defense exhibits 1-5 admitted into evidence.  Victim #3 addresses Court.  Original Indictment dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Glenda Trexler | **Case Manager:** S. Bourque |